UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                21 cr 336 (JGK)

    -against-

                                            **SPEEDY TRIAL ORDER**

OLUFEMI ITIOWE,
                           Defendant.
------------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, January 11, 2023, at 4:30pm,** before the Honorable John G. Koeltl.

Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **January 11, 2023** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                           _____
                                                               **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 22, 2022