UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OLUFEMI NATHANIEL ITIOWE,

                Defendant.

21-cr-336 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion for a reduction of sentence, see ECF No. 105, by **January 12, 2024**. The defendant may reply by **February 2, 2024**.

SO ORDERED.

Dated:    New York, New York
            December 7, 2023

                                                John G. Koeltl
                                    United States District Judge