UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- against -

OLUFEMI NATHANIEL ITIOWE,

          Defendant.

---

21-cr-336 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By **February 23, 2024,** the Government should respond to the defendant's contention that one criminal history point should not have been assessed because his guilty plea in Texas in April 2022 was for conduct that is relevant conduct for the offense of conviction for which he is currently serving his sentence. See U.S.S.G. §§ 4A1.2(a)(1), 4A1.2(a)(4), and n.1.

SO ORDERED.

Dated:   New York, New York
         February 7, 2024

                                    John G. Koeltl
                             United States District Judge