AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 21cr336 |
| Olufemi Nathaniel Itiowe ) | USM No: 40727-509 |
| Date of Original Judgment: 02/22/2023 ) | |
| Date of Previous Amended Judgment: ) | Mitchell C. Elman |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
The defendant does not qualify for a sentence reduction under
Amendment 821 and the Sentencing Guidelines. Therefore, the Sentencing
Guidelines range remains the same and the sentencing factors
considered at sentencing remain the same.
```

Except as otherwise provided, all provisions of the judgment dated   02/22/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/20/24

Judge's signature

Effective Date: _____
*(if different from order date)*

JOHN G. KOELTL, U.S.D.J.
Printed name and title